CORMICK McNULTY, Appellant, *v.* DORA E. BROWN, impleaded, etc., Respondent.

(Argued April 1, 1872; decided April 23, 1872.)

*Samuel Hand* for the appellant.

*John A. Foley* for the respondent.

Agree to affirm.   No opinion.   PECKHAM, J., dissenting. Judgment affirmed, with costs.